**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ROXANNE BARDROFF         *

        Plaintiff,      *      Civil Action No.: 1:21-cv-3161

        v.         *

SANEXEN WATER, INC.         *

        Defendant.      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF REMOVAL

Petitioner/Defendant, Sanexen Water, Inc. (hereinafter "Sanexen"), by and through its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Baltimore County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1.      Petitioner has been named as Defendant in a suit filed in the Circuit Court for Baltimore County, Case No.: C-03-CV-21-003734. Suit was originally filed on or about November 9, 2021 and Sanexen was served with process by certified mailing, which was received on November 15, 2021.

2.      Sanexen is a corporation formed under the laws of the State of Delaware and has its headquarters (i.e. its "nerve center," where the majority of corporate executives work and the major business decisions as to the day to day operations of the corporation take place) in the State of Massachusetts (the corporate headquarters have moved since the Occurrence, formerly being in the State of Pennsylvania).

3.      Plaintiff is a resident and citizen of the State of Maryland.

4.      The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332.  Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

5.      Filed herewith as Exhibits 1 through 3 are copies of all pleadings and papers served on Petitioner/Defendant, Sanexen, consisting of the (1) Writ of Summons; (2) Plaintiff's Complaint; and (3) Baltimore County Circuit Court Civil-Non-Domestic Case Information Report.

6.      The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of Sanexen in creating a dangerous condition on Plaintiff's property, from which Plaintiff alleges she was injured and suffered damages and losses and seeks financial compensation.

7.      Petitioner is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00.  Plaintiff is a citizen of Maryland.  Sanexen is a citizen of Delaware and Massachusetts.  Plaintiff's Complaint seeks judgment against Sanexen in an amount in excess of $75,000.00.

WHEREFORE, Petitioner/Defendant, Sanexen Water, Inc., respectfully requests that the above-entitled action be removed from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

_____

Colin Bell, Esquire
MD Federal Court Number: 26855
Schenker & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
(410) 559-2410
colin.bell@zurichna.com
*Attorneys for Petitioner/Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of December 2021, a copy of the foregoing

Notice of Removal was served via first-class mail, postage pre-paid, sent to:

Darren Margolis, Esquire
Darren Margolis, P.A.
104 Church Lane, Suite 203
Baltimore, Maryland 21208
dmargolis@lawdmpa.com
*Attorney for Plaintiff*

And to the extent that counsel is a member of the Maryland federal court bar and registered

with the CM/ECF system, will also have received e-mail notification of the filing, which by Rule

is also proper service.

_____

Colin Bell, Esquire