IN THE CIRCUIT COURT FOR BALTIMORE COUNTY

**ROXANNE BARDROFF**  \*
2632 Matthews Drive
Parkville, MD 21234  \*

    Plaintiff  \*

v.  \*  Case No.

**SANEXEN WATER, INC.**  \*
30 S. Keystone Avenue
Emmaus, PA 18049  \*

S/O: The Corporation Trust  \*
Incorporated, Resident Agent
2405 York Road, Suite 201  \*
Lutherville, MD 21093
                                       \*
    Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**COMPLAINT FOR PERSONAL INJURIES AND DEMAND FOR JURY TRIAL**</u>

    NOW COMES Roxanne Bardroff, Plaintiff, by and through her attorneys, Darren Margolis and Darren Margolis, P.A., to file this Complaint against the Defendant, Sanexen Water, Inc., and in support thereof respectfully states as follows:

    1.    On the evening of November 11, 2018, the plaintiff was on her property at 2632 Matthews Drive in Baltimore County.

    2.    The plaintiff walked over a section of asphalt that the defendant had been working on and which, unbeknownst to the plaintiff, was not secure.

    3.    Upon walking over the loose asphalt, it gave way and the plaintiff lost her footing, causing her to sustain injury.

    4.    The defendant had been performing repairs to that street and had left the asphalt loose, without properly securing it or warning of the danger.

    5.    The defendant was negligent in that it breached its duty

to secure the premises which it knew, or in the exercise of reasonable care should have known, was not secure and thereby presented a danger to residents and visitors.

6. In the alternative, the defendant failed to post warnings of the unsafe condition it had created on the premises.

7. As a result of the defendant's negligence, plaintiff suffered painful injuries and sustained medical and other expenses, and was prevented from engaging in her usual activities and pursuits.

**WHEREFORE**, the Plaintiff respectfully requests that judgment be entered in his favor for an amount in excess of $75,000 for her personal injuries.

*/s/ Darren Margolis*

_____
Darren Margolis AIS 9512130179
Darren Margolis, P.A.
104 Church Lane # 203
Baltimore, MD 21208
(410) 777-5539 phone
(410) 777-5243 fax
dmargolis@lawdmpa.com
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**
**THE PLAINTIFF DEMANDS TRIAL BY JURY IN THIS CASE.**

*/s/ Darren Margolis*

_____
**Darren Margolis**