IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROXANNE BARDROFF | * | |
| Plaintiff, | * | Civil Action No.: 1:21-cv-3161 JMC |
| v. | * | |
| SANEXEN WATER, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT, SANEXEN WATER, INC.'S, STATEMENT CONCENRING REMOVAL IN RESPONSE TO STANDING ORDER</u>**

NOW COMES Petitioner/Defendant, Sanexen Water, Inc. (hereinafter "Sanexen"), by and through its undersigned attorneys, and in compliance with the Standing Order Concerning Removal 2021-13, dated December 14, 2021, hereby submits the following Statement:

1. Sanexen is the sole Defendant in this case was served on November 15, 2021.

2. Sanexen as the sole named defendant in this case is not a citizen of Maryland, being a corporation (such that citizenship of members is not applicable) formed under the laws of the State of Delaware and now having its corporate headquarters (i.e. its "nerve center," from where the majority of executive work and the major business decisions as to the day to day operations of the Corporation are made) in the State of Massachusetts (having moved from the State of Pennsylvania, which was the location of the corporate headquarters at the time of the subject occurrence), such that it is a citizen of the States of Delaware and Massachusetts.

3. Not applicable, that removal on December 13, 2021 has taken place less than thirty (30) days from when the sole Defendant was first served on November 15, 2021.

4.       Not applicable, that the action in state court was not commenced more than one year before the date of removal, that the action in state court was commenced with the filing of the Complaint on November 9, 2021.

5.       Not applicable, that Sanexen Water, Inc., is the sole named defendant.

Counsel for Plaintiff received electronic notification of the filing of the Clerk's notice notifying parties of the existence of the Standing Order and such that service by this removing defendant of a copy of the Order is not applicable.

On December 14, 2021, prior to the submission of this Statement Concerning Removal, Sanexen filed a Local Rule 103.3 Disclosure.

            Respectfully submitted,

            */s/ Colin Bell*

            _____
            Colin Bell, Esquire
            MD Federal Court Number: 26855
            Schenker & Lopez
            600 Red Brook Blvd., Suite 650
            Owings Mills, Maryland 21117
            (410) 559-2410
            colin.bell@zurichna.com
            *Attorneys for Petitioner/Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of December 2021, a copy of the foregoing Statement Concerning Removal in Response to Standing Order was served via the Court's electronic case filing system, with e-mail notice of the filing and a link to download the paper, being by Rule proper service, sent to:

    Darren Margolis, Esquire
    Darren Margolis, P.A.
    104 Church Lane, Suite 203
    Baltimore, Maryland 21208
    dmargolis@lawdmpa.com
    *Attorney for Plaintiff*

                                                                                       _____
                                                                                       Colin Bell, Esquire
                                                                                       Federal Bar No.: 26855